No. 02–7785. STEVENS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–7786. SALLIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7787. SANTINI v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7789. PEREZ, AKA ALLEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7790. MITCHELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–7791. MIRANDA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–7794. GRAHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–7795. INYAVONG v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–7796. HENDERSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7798. HERRING v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7800. FIELDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7801. WALDEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7802. WASHINGTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–7803. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–7804. VELA-IBARRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7805. CAJERO VERONICA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.